IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:15-cr-801 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| GEORGE R. CARTER | ) | |

ORDER TO UNSEAL INDICTMENT AS TO GEORGE R. CARTER

This matter is before the court on the Government's motion to unseal the indictment filed in case number 3:15-cr-801 on November 17, 2015, as to Defendant George R. Carter *only*. Defendant Carter is currently in federal custody in the Southern District of Georgia. The reason for sealing the indictment as to Defendant Carter no longer exists, therefore it is ordered that the indictment be unsealed as to George R. Carter *only*. The indictment will remain sealed as to all other defendants.

SO ORDERED.

*[signature]*
SHIVA V. HODGES
UNITED STATES MAGISTRATE JUDGE

February 26, 2016.

Columbia, South Carolina